UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,                No. 1:08-MJ-62

      vs.                           Hon. Hugh W. Brenneman, Jr.
                                       United States Magistrate Judge

JOSE PONCE and
ARMANDO SERRANO,

        Defendants.
_____/

## ORDER FOR DISMISSAL

The United States having filed a Motion to Dismiss pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court,

IT IS HEREBY ORDERED that the Complaint against Defendants is DISMISSED WITHOUT PREJUDICE.

Dated: October __14__, 2008        /s/ Hugh W. Brenneman, Jr
                                                  HUGH W. BRENNEMAN, JR.
                                                  United States Magistrate Judge
                                                  Western District of Michigan